No. 15,953.

MILLER *v.* STONER ET AL.

(197 P. [2d] 159)

Decided August 23, 1948.

Mr. JOHN M. BOYLE, Mr. CHARLES F. MORRIS, for plaintiff in error.

Mr. THOMAS H. GIBSON, for defendants in error.

*En Banc.*

PER CURIAM.

UPON a careful examination of the record, we find a dismissal of the writ would be justified; however, no valid reason appearing why the judgment should be reversed, we elect to affirm it without written opinion.

It is so ordered.

MR. JUSTICE HILLIARD does not participate.